UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOPHIE HU, et al.,

              Plaintiffs,

     v.

JANSSEN PHARMACEUTICALS, INC., et al.,

              Defendants.

Case No.  21-cv-05990-HSG

**ORDER DENYING DEFENDANT JANSSEN PHARMACEUTICALS, INC.'S ADMINISTRATIVE MOTION TO ADVANCE JANUARY 20, 2022 HEARING ON MOTION TO STAY ACTION TO OCTOBER 28, 2021**

Re: Dkt. No. 22

Pending before the Court is Defendant Janssen Pharmaceuticals, Inc.'s Administrative Motion to Advance January 20, 2022 Hearing on Motion to Stay Action to October 28, 2021.  Dkt. No. 22 ("Administrative Motion to Advance").  Defendant Janssen Pharmaceuticals Inc. ("Defendant Janssen") had previously submitted a Notice of Motion and Motion to Stay Action Pending Transfer to MDL 2592 and accompanying Memorandum of Points and Authorities, which was noticed for a hearing on January 20, 2022.  Dkt. No. 20 ("Motion to Stay").  Defendant Bayer HealthCare Pharmaceuticals Inc. joined Defendant Janssen's Motion to Stay, Dkt. No. 25, and Administrative Motion to Advance, Dkt. No. 26.

The Court **DENIES** Defendants' Administrative Motion to Advance.  The Motion to Stay will be deemed submitted on the papers once briefing on the matter is complete.

**IT IS SO ORDERED.**

Dated:  10/6/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge