1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| SOPHIE HU and FUMIAN ZHAO,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS INC. (JOHNSON AND JOHNSON); BAYER HEALTHCARE PHARMACEUTICALS INC. (BAYER CORPORATION)<br><br>Defendants. | Case No.: 4:21-cv-05990-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANTS JANSSEN PHARMACEUTICALS, INC. AND BAYER HEALTHCARE PHARMACEUTICALS INC.'S ADMINISTRATIVE MOTION TO CONTINUE NOVEMBER 9, 2021 CASE MANAGEMENT CONFERENCE UNTIL JPML RULING ON MOTION TO TRANSFER ACTION TO MDL 2592** |
|---|---|

This matter is before the Court on Defendants Janssen Pharmaceuticals, Inc. ("Janssen") and Bayer HealthCare Pharmaceuticals Inc.'s ("Bayer") Administrative Motion To Continue November 9, 2021 Case Management Conference Until JPML Ruling on Motion to Transfer Action to MDL 2592.  Having reviewed the parties' submissions, and upon consideration of all the files, records, and proceedings in this matter and finding good cause shown, **IT IS HEREBY ORDERED** that the November 9, 2021 Case Management Conference is continued to December 14, 2021 at 2:00 p.m.  Accordingly, the November 2, 2021 deadline for the parties to submit Case Management Statements is vacated and continued to December 7, 2021.

Dated:  October 26, 2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge