UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sophie Hu, et al.,

    Plaintiff,

v.

Janssen Pharmaceuticals, Inc., et al.,

    Defendant.

Case No. 4:21-cv-05990-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Lindsey C Boney IV, an active member in good standing of the bar of State of Alabama, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Bayer Healthcare Pharmaceuticals Inc in the above-entitled action. My local co-counsel in this case is Emily Weissenberger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 248898.

| | |
|---|---|
| One Federal Place, 1819 Fifth Avenue North<br>Birmingham, AL  35203-2119<br>MY ADDRESS OF RECORD | Four Embarcadero Center, Ste 27th Floor<br>San Francisco, CA 94111<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (205) 521-8914<br>MY TELEPHONE # OF RECORD | (415) 591-7500<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lboney@bradley.com<br>MY EMAIL ADDRESS OF RECORD | emily.weissenberger@faegredrinker.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7822Y70B.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2024

APPLICANT
Lindsey C Boney IV

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Lindsey C Boney IV</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/4/2024

UNITED STATES DISTRICT JUDGE

# Alabama State Bar



415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

*STATE OF ALABAMA*
*COUNTY OF MONTGOMERY*

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **Lindsey C. Boney, IV** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that **Lindsey C. Boney, IV** was admitted to the Alabama State Bar on September 25, 2009.

I further certify that said **Lindsey C. Boney, IV** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2024.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on June 04, 2024.

_____
Terri B. Lovell, Secretary

